FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH AIDA HASKELL; REGINALD ENTO; JEFFREY PATRICK LYONS, Jr.; AAKASH DESAI, on behalf of themselves and others similarly situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice, <br><br> Defendants - Appellees. | No. 10-15152 <br><br> D.C. No. 3:09-cv-04779-CRB <br><br><br> ORDER |

KOZINSKI, Chief Judge:

In light of <u>Maryland</u> v. <u>King</u>, 569 U.S. ___ , No. 12-207 (June 3, 2013) and the parties' supplemental briefs, this case will be re-argued before the en banc court during the week of December 9, 2013, in San Francisco, California. The date and time will be determined by separate order. For further information or special

requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

The court grants leave pursuant to Fed. R. App. P. 29(a) to any amicus wishing to file a brief bearing on the issues to be re-argued, so long as it is filed no later than October 28, 2013, and does not exceed 2,500 words.